UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BETINA MARINE VALENZUELA, | ) | Civil No. 06cv2737-L(POR) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

The parties' Joint Motion to Dismiss, filed February 26, 2007, is **GRANTED**. The complaint is **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**.

DATED: February 27, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL